# WILLIAM V. BICANIC AND OTHERS v. J. C. CAMPBELL COMPANY.[1, 2]

October 22, 1945.

No. 34,182.

*M. H. Greenberg* and *Henry Paull,* for appellants.
*McCabe, Gruber & Clure,* for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before and our opinion filed May 25, 1945. Bicanic v. J. C. Campbell Co. 220 Minn. 107, 19 N. W. (2d) 7. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1] Reported in 20 N. W. (2d) 885.

[2] Certiorari denied by U. S. Supreme Court March 11, 1946.